Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 98 C 1601 | DATE | 2/28/2000 |
| CASE TITLE | EEOC vs. Foster Wheeler Constructors | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiff EEOC's agreed motion to amend consent decree is granted. The consent decree in this case is amended to remove the name of charging party Theodore Moore from the list of class members on Exhibit A to the consent decree and the payment amounts to individuals identified on Exhibits B & C is increased from $11,403.50 to $11,666.65 per individual.

(11) ■ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | FEB 29 2000 |
| | Notified counsel by telephone. | date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| PAMF | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number 257

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | No. 98 C 1601 |
| v. | ) ) | |
| FOSTER WHEELER CONSTRUCTORS, INC. | ) ) | Judge Coar |
| Defendant. | ) ) ) | |

DOCKETED

FEB 29 2000

## ORDER

Plaintiff EEOC's Agreed Motion to Amend Consent Decree is granted. It is hereby ordered that the Consent Decree in this case be amended: 1) to remove the name of Charging Party Theodore Moore from the list of class members on Exhibit A to the Consent Decree; and 2) to increase the payment amounts to individuals identified on Exhibits B and C from $11,403.50 to $11,666.65 per individual.

Dated: _____

_____
U.S. District Court Judge
David H. Coar