AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division



DOCKETED
MAR 2 9 2002

EEOC & JAMES FERGUSON

v.

PIPEFITTERS ASSOCIATION

JUDGMENT IN A CIVIL CASE

Case Number: 98 C 1601
& 98 C 3217

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED Judgment is entered agaisnt the defendant Pipefitters Association Local Union 597 and in favor of the plaintiffs EEOC and James Ferguson in the consolidated cases. Compensatory damages are awarded in the following amounts: Keith Hill-$15,000; Joseph H. McGhee-$15,000; David Payne-$10,000; James Foster-$10,000; Robert L. Smith-$10,000; Larry Smizer-$10,000; Lance Williams-$10,000 and James M. Ferguson- $25,000. In addition, Punitive damages are assessed against Local 597 in the amount of $50,000, $20,000 of which is to paid to Ferguson and the balance of $30,000 to be equally divided among the other class members. EEOC is entitled to its costs in this action. Ferguson shall be entitled to reasonable attorney's fees.

Local 597 is permanently enjoined from permitting a hostile work environment based on race to exist for its members at any job site. ...... ENTER PERMANENT INJUNCTION

This action is closed.

Michael W. Dobbins, Clerk of Court

Date: 3/28/2002

Patricia McQurter-Figgs, Deputy Clerk